# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT RODRIGUEZ,**

    **Petitioner,**                      **CASE NO. 2:09-CV-105**
                                           **CRIM. NO. 2:08-CR-39(3)2**
**v.**                                       **JUDGE MARBLEY**
                                           **MAGISTRATE JUDGE KING**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## OPINION AND ORDER

On September 3, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed. *Report and Recommendation*, Doc. No. 163. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, *see Order*, Doc. No. 165, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT.**

                                                                      s/Algenon L. Marbley
                                                                 ALGENON L. MARBLEY
                                                                  United States District Judge